**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
COLUMBUS DIVISION**

| | |
|---|---|
| In the matter of | |
| | Case No. **05-52490** |
| **HAROLD NEWELL** | |
| **DEBORAH NEWELL** | Chapter 7 |
| | |
| Debtor(s) | Judge **Charles M. Caldwell** |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS
AND UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT**

The attached check in the amount of $590.46 represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| **Central Ohio Pulmanary**<br>**Suite 510**<br>**Columbus OH  43222** | **3** | **$590.46** |
| Total Unclaimed/ Small Dividends $25.00 or under | | $0.00 |
| Total Unclaimed Dividends Over $25.00 | | $590.46 |

Dated:   8/12/2011            /s/ Sara J. Daneman

                              Sara J. Daneman

cc: U.S. Trustee